

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2022

No. 04-22-00680-CV

**IN THE INTEREST OF A.N.C., E.L.G., I.C.C.-G., AND O.N.C.-G., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01192
Honorable Martha Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on November 14, 2022. On that date, appellant filed a motion requesting a twenty-day extension of time and asking the exhibits admitted into evidence, and indexed in volume 4 of the Reporter's Record, be filed with the Court. On November 16, 2022, the court reporter filed those exhibits.

After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by December 5, 2022**. **Appellant is advised that further extensions of time will be disfavored**.

It is so **ORDERED** on November 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT